No. 95–36. TERRY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 2d 454.

No. 95–37. BERARDI v. ANHEUSER-BUSCH, INC. C. A. 8th Cir. Certiorari denied. 

No. 95–38. MURRAY ET AL. v. STUCKEYS, INC., ET AL. C. A. 8th Cir. Certiorari denied. 

No. 95–40. KMART CORP. v. LAUGHLIN. C. A. 10th Cir. Certiorari denied. 

No. 95–41. ZIMMERMAN v. OFFICERS FOR JUSTICE ET AL. C. A. 9th Cir. Certiorari denied. 

No. 95–43. BENNETT ENTERPRISES, INC. v. DOMINO'S PIZZA, INC. C. A. D. C. Cir. Certiorari denied. 

No. 95–45. PIRKLE ET AL. v. OGONTZ CONTROLS CO. ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 95–46. MATZKIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 95–47. CLASS OF 48+1 AND THE INTERVENOR PLAINTIFFS, SUCCESSORS IN INTEREST TO KING v. GREENBLATT ET AL. C. A. 1st Cir. Certiorari denied. 

No. 95–48. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 95–49. ILLINOIS v. OLIVERA. Sup. Ct. Ill. Certiorari denied. 

No. 95–50. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 95–51. DILLON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 95–52. JOHNS v. WARE COUNTY BOARD OF COMMISSIONERS ET AL. Super. Ct. Ware County, Ga. Certiorari denied.

No. 95–54. CITY OF PHILADELPHIA v. AFRICA ET AL.; and
No. 95–5058. AFRICA v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.